**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Raymond Parga, | NO. C 04-03645 JW |
|        Plaintiff,<br>v. | **ORDER TO SHOW CAUSE<br>RE: SETTLEMENT** |
| City of Pacific Grove, et al., | |
|        Defendant.            / | |

On February 23, 2005, a Certification of ADR Session was filed, stating that the parties have fully settled the case. (See Docket Item No. 12.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **March 13, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **March 27, 2006** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **March 20, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: February 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Carla M. McCormack cmccormack@lcwlegal.com
Cynthia Neill coneill@lcwlegal.com
Mary-Margaret Connell mmoc@pacbell.net

**Dated: February 13, 2006**                              **Richard W. Wieking, Clerk**

                                                          **By:_/s/ JW Chambers_____**
                                                                **Melissa Peralta**
                                                                **Courtroom Deputy**